UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>v.<br><br>ANTHONY SALOME,<br><br>              Defendant. | Case No. 2:13-cr-160-APG-CWH<br><br>**ORDER DENYING SENTENCE REDUCTION** |

       On December 11, 2013, I sentenced Mr. Salome to 120 months of incarceration. Subsequently, the United States Sentencing Commission adopted a two-level reduction in the Sentencing Guidelines' drug offense levels. Mr. Salome seeks a reduction of his sentence consistent with that Guideline reduction.

       Mr. Salome's 120-month sentence was the result of a downward variance from the Guidelines. He was sentenced to the mandatory minimum sentence under the applicable statute. A reduction in the applicable Sentencing Guidelines cannot supersede the statutory mandatory minimum sentence. Therefore, Mr. Salome is not eligible for a sentence reduction.

       DATED this 28th day of September, 2015.

                                                                      _____
                                                                      ANDREW P. GORDON
                                                                       UNITED STATES DISTRICT JUDGE